UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Terrence Lancaster                                    Docket No. 4:01-CR-1-2H

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Terrence Lancaster, who, upon an earlier plea of guilty to Conspiracy To Distribute and Possess With Intent to Distribute Cocaine Base (Crack) and Possession of a Firearm During a Drug Trafficking Crime, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on July 10, 2001, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Terrence Lancaster was released from custody on September 10, 2014, at which time the term of supervised release commenced. A Violation Report was filed on April 27, 2015, advising of new criminal conduct. The defendant was continued on supervision pending disposition of the charges, which are still pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 28, 2015, the defendant tested positive for marijuana. When confronted with the urinalysis results, Lancaster denied any drug use, but noted that he went to a party with a friend, and was later advised that the brownies he had eaten while at the party contained marijuana. After a verbal reprimand by this probation officer, the defendant apologized for his poor decision making. Lancaster also noted that he has been under a tremendous amount of stress wondering if the brownies would cause him to test positive and related to other issues concerning his family, transportation, relationships, work, etc. and inquired if there was someone he could speak with regarding these issues. Therefore, enrollment in mental health counseling is being recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: June 29, 2015

Terrence Lancaster
Docket No. 4:01-CR-1-2H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 29th day of June, 2015 and ordered filed and made a part of the records in the above case.

*[signature]*
Malcolm J. Howard
Senior U.S. District Judge